```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2026_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

    -against-

TOVA NOEL and MICHAEL THOMAS,

                        Defendants.

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's motion to unseal the grant jury transcripts and Exhibit 1 in this case to comply with the Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656 (2025). *See* ECF No. 68. If Defendants object to the Government's motion, by **January 14, 2026**, they shall file a letter on the docket indicating the basis of the objection.

    SO ORDERED.

Dated: January 6, 2026
       New York, New York

                                                  ANALISA TORRES
                                                 United States District Judge